IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| MONTELL ALEXANDER BOWMAN,<br><br>Plaintiffs,<br><br>v.<br><br>HONOLULU POLICE DEPARTMENT,<br><br>Defendant. | Case No. 25-cv-00430-DKW-WRP<br><br>**ORDER DENYING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS**[1] |

On October 7, 2025, Plaintiff Montell Bowman, proceeding without counsel, filed a Complaint against the Honolulu Police Department (HPD), appearing to allege that his rights under various federal statutory and constitutional provisions had been violated by HPD. Dkt. No. 1. At the same time, Bowman also filed an application to proceed *in forma pauperis* ("IFP Application"), Dkt. No. 2, which, pursuant to 28 U.S.C. Section 1915, the Court now assesses below.

Federal courts can authorize the commencement of any suit without prepayment of fees or security by a person who submits an affidavit that demonstrates an inability to pay. *See* 28 U.S.C. § 1915(a)(1). "[A] plaintiff seeking IFP status must allege poverty with some particularity, definiteness and

---

[1] Pursuant to Local Rule 7.1(c), the Court finds this matter suitable for disposition without a hearing.

certainty." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015). While Section 1915(a) does not require a litigant to demonstrate absolute destitution, *Adkins v. E.I. Du Pont de Nemours & Co.*, 335 U.S. 331, 339 (1948), an applicant must nonetheless show an inability "to pay such fees or give security therefor," 28 U.S.C. § 1915(a).

Based upon the information provided in the IFP Application, Bowman has failed to show an inability to pay the $405 filing fee for this civil action. In the IFP Application, Bowman represents that he earns $2,000 per month, has $50,000 in a checking account, and has no dependents. *Id*. at 1-3. Bowman also identifies no expenses. *See generally id*. In this light, Bowman has sufficient assets and/or income to pay the $405 filing fee. As a result, the IFP Application is DENIED.

Bowman may have until **October 24, 2025** to pay the $405 filing fee for this action. **The Court cautions Bowman that failure to pay the filing fee by October 24, 2025 will result in the automatic dismissal of this action without prejudice and without further notice.**

IT IS SO ORDERED.

Dated: October 10, 2025 at Honolulu, Hawaiʻi.

Derrick K. Watson
Chief United States District Judge